UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY F/K/A TORUS NATIONAL INSURANCE COMPANY,<br><br>     Plaintiff,<br><br> v.<br><br>INDEPENDENT CITIES RISK MANAGEMENT AUTHORITY; ARGONAUT INSURANCE COMPANY and DOES 1-15, inclusive,<br><br>     Defendants.<br><br>INDEPENDENT CITIES RISK MANAGEMENT AUTHORITY,<br><br>     Counterclaimant,<br><br> v.<br><br>STARSTONE NATIONAL INSURANCE COMPANY F/K/A TORUS NATIONAL INSURANCE COMPANY,<br><br>     Counter Defendant. | Case No. 2:19-cv-01130-FLA (Ex)<br><br>**JUDGMENT IN FAVOR OF ARGONAUT INSURANCE COMPANY [DKT. 206]** |

On June 26, 2020, Defendant Independent Cities Risk Management Authority ("ICRMA") filed a Motion for Reconsideration of the court's April 7, 2020 Order denying the Motions for Summary Judgment of Defendant Argonaut Insurance Company ("Argonaut") and ICRMA (collectively, "Defendants"). Dkt. 161. Having considered all of the arguments and evidence submitted in support of and in opposition to the Motion for Reconsideration, and the inferences reasonably deducible from them, except that to which objection was sustained, the court issued an order DENYING the motion in part, and GRANTING summary judgment to Argonaut on Plaintiff StarStone National Insurance Company, formerly known as Torus National Insurance Company's ("Plaintiff" or "Torus") claim for declaratory relief. Dkt. 165.

Accordingly, Judgment is hereby entered in favor of Argonaut on the sole claim for declaratory relief, set forth in Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated: July 22, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge